# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAILAINE ARIANNA PEREZ GARCIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER,<br><br>Respondent. | No. 4:26-CV-00135<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 23rd day of January 2026, upon consideration of the petition for writ of habeas corpus filed under 28 U.S.C. § 2241 and noting that the petitioner is detained at the Moshannon Valley Processing Center at the time of filing, which is in the Western District of Pennsylvania, this Court does not have jurisdiction over the instant § 2241 habeas petition, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus filed under 28 U.S.C.§ 2241 is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge